IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 12-70370-HDH-13 |
| KATHARINE LYNN CALVILLO | DATED: October 29, 2013 |
| | HEARING DATE: 11/20/2013 |
| | HEARING TIME: 10:00 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2012 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2012 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN" without prejudice to refiling the same, for the motion dated 10/23/2013.

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal was this date served on the following parties electronically or by U.S first class mail:

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

| | |
|---|---|
| Internal Revenue Service<br>  PO Box 7346<br>  Philadelphia, PA 1901-7346 | Debtor Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS TX 76301-0000 |
| Debtor1:<br>  KATHARINE LYNN CALVILLO<br>  4405 1/2 WESTWARD<br><br>  WICHITA FALLS TX 76308 | Debtor 2: |